# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN YOVANI HERNANDEZ LOVO,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>Defendant. | Case No.  1: 22-cv-00220-AWI-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE AN AMENDED APPLICATION WITHIN THIRTY DAYS<br><br>(ECF No. 2) |

Cristian Yovani Hernandez Lovo ("Plaintiff"), currently incarcerated at the Northlake Correctional Facility in Baldwin, Michigan, and proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983.  (ECF No. 1.)  Along with the complaint, Plaintiff filed an application to proceed without prepayment of fees in this action.  (ECF No. 2.)  Plaintiff's application is not properly completed.  Plaintiff has provided a signed and notarized certificate affirming that he only receives money in the form of gifts, and not from working at the facility.  However, Plaintiff's attached inmate account document contains no certification from a prison official, as required.  Therefore, the Court is unable to determine if Plaintiff is entitled to proceed without prepayment of fees in this action as the application is not complete.

/ / /

/ / /

/ / /

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    Plaintiff's application is HEREBY DENIED without prejudice;

3    2.    Within **thirty (30) days** from the date of service of this order, Plaintiff shall file

4    an application to proceed *in forma pauperis* which includes a certified copy of his

5    trust account statement showing transactions for the past six months; and

6    3.    Failure to file a complete application to proceed *in forma pauperis* in compliance

7    with this order will result in the recommendation that this action be dismissed.

8

9    IT IS SO ORDERED.

10    Dated:   **February 24, 2022**

UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2